**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jose Hernandez

Plaintiff,

v.                                                          Case No.: 1:15−cv−04118
                                                            Honorable Edmond E. Chang

Three R's, Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28,2015:

     MINUTE entry before the Honorable Edmond E. Chang: Motion hearing held on counsel's motion to withdraw as attorney for Plaintiff [9]. Plaintiff Jose Hernandez did not appear, and has not made further contact with counsel. For the reasons state d in open court, the motion to withdraw [9] is granted. Leave of court is given to David Erik Stevens to withdraw his appearance. As also previously warned, R. 8, the case is dismissed without prejudice for lack of prosecution under Rule 41. The cas e cannot proceed to judgment without Plaintiff's prove−up of damages, so the case cannot be prosecuted without Plaintiff's participation. Civil case terminated. Emailed and mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.